1  Glenn R. Kantor, State Bar No. 122643
   e-mail: gkantor@kantorlaw.nett
2  Elizabeth K. Green, State Bar No. 199634
   e-mail: egreen@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (Tel)
5  (818) 350-6272 (Fax)

6  Attorneys for Plaintiff
   FRANCES L. MICHAEL
7                                              E-filing

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  FRANCES L. MICHAEL, on behalf of  )   CASE NO:
    herself and others similarly situated, )
13                                     )   08      3101
          Plaintiffs,                  )
14                                     )   NOTICE OF INTERESTED PARTIES
       vs.                             )
15                                     )
    CONTINENTAL CASUALTY              )
16  COMPANY,                          )
                                       )
17        Defendant.                   )
                                       )
18  _____)

19

20

21        The undersigned, counsel of record for Plaintiff, FRANCES L. MICHAEL,

22  certifies the following listed parties have a direct, pecuniary interest in the outcome of

23  this case. These representations are made to enable the Court to evaluate possible

24  disqualification or recusal.

25

26

27

28

The following is a list of the names of all such parties with their connection and interest herein:

1. Frances L. Michael; and
2. Continental Casualty Company.

DATED: June 25, 2008

KANTOR & KANTOR, LLP

BY: *[signature]*
Glenn R. Kantor
Attorneys for Plaintiff
Frances L. Michael