Brent R. Austin (Bar No. 141938)
WILDMAN, HARROLD, ALLEN & DIXON LLP
austin@wildman.com
225 West Wacker Drive
Chicago, IL  60606-1229
Telephone:  (312) 201-2848)
Facsimile:  (312) 201-2555

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
Christopher Tayback (Bar No. 145532)
christayback@quinnemanuel.com
Shon Morgan(Bar No. 187736)
shonmorgan@quinnemanuel.com
Stan Karas (Bar No. 222402)
stankaras@quinnemanuel.com
865 South Figueroa Street, 10th floor
Los Angeles, CA  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES L. MICHAEL, on behalf of herself and others similarly situated,,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | No. CV 08 3101<br><br>**STIPULATION REGARDING PLEADING RESPONSE DATE**<br><br>**[PROPOSED] ORDER THEREON** |

TO THE COURT AND COUNSEL FOR ALL PARTIES,

WHEREAS on July 1, 2008, the Complaint in the above-captioned action was served upon defendant Continental Casualty Company.

WHEREAS pursuant to the Summons, Continental Casualty Company must answer or otherwise respond to the Complaint within 20 days after service, or by July 21, 2008.

WHEREAS counsel for Continental Casualty Company has requested a 30-day extension of that response date, or until August 20, 2008, and plaintiff's counsel has agreed to that requested extension.

The parties hereby STIPULATE AND AGREE that Continental Casualty Company shall answer or otherwise respond to the Complaint by August 20, 2008.

Dated:  July 17, 2008                Respectfully submitted,


**FRANCES L. MICHAEL, Plaintiff**


By:_____/s/Glenn R. Kantor_____
         One of Her Attorneys
Glenn R. Kantor (Bar No. 122643)
Elizabeth K. Green (Bar No. 199634)
Kantor & Kantor, LLP
19839 Nordoff Street
Northridge, CA  91324


**CONTINENTAL CASUALTY COMPANY, Defendant**


By:_____/s/ Brent R. Austin_____
         One of Its Attorneys

Brent R. Austin (Bar No. 141938)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606

Christopher Tayback (Bar No. 145532)
Shon Morgan (Bar No. 187736)
Quinn Emanuel Urquhart,
  Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

gkantor@kantorlaw.net
egreen@kantorlaw.net

and hereby certify that on July 17, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

_____/s/ Brent R. Austin_____