1  Brent R. Austin (Bar No. 141938)
   WILDMAN, HARROLD, ALLEN & DIXON LLP
2  austin@wildman.com
   225 West Wacker Drive
3  Chicago, IL  60606-1229
   Telephone:  (312) 201-2848)
4  Facsimile:  (312) 201-2555

5  QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
   Christopher Tayback (Bar No. 145532)
6  christayback@quinnemanuel.com
   Shon Morgan (Bar No. 187736)
7  shonmorgan@quinnemanuel.com
   Stan Karas (Bar No. 222402)
8  stankaras@quinnemanuel.com
   865 South Figueroa Street, 10th floor
9  Los Angeles, CA  90017-2543
   Telephone:  (213) 443-3000
10 Facsimile:  (213) 443-3100

11
   Attorneys for Defendant
12 CONTINENTAL CASUALTY COMPANY

13

14
                   UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA

16

17 FRANCES L. MICHAEL, on behalf of
   herself and others similarly situated,,
18                                              No. CV 08 3101
         Plaintiffs,
19
   vs.                                          **STIPULATION REGARDING**
20                                              **PLEADING RESPONSE DATE**
   CONTINENTAL CASUALTY COMPANY,
21                                              **[P~~ROPO~~SED] ORDER THEREON**
         Defendant.
22

23

24      TO THE COURT AND COUNSEL FOR ALL PARTIES,

25      WHEREAS on July 1, 2008, the Complaint in the above-captioned action was served upon

26 defendant Continental Casualty Company.

27
                                    1
28
                                                STIPULATION REGARDING
                                                PLEADING RESPONSE DATE
                                                [PROPOSED] ORDER THEREON

WHEREAS pursuant to the Summons, Continental Casualty Company must answer or otherwise respond to the Complaint within 20 days after service, or by July 21, 2008.

WHEREAS counsel for Continental Casualty Company has requested a 30-day extension of that response date, or until August 20, 2008, and plaintiff's counsel has agreed to that requested extension.

The parties hereby STIPULATE AND AGREE that Continental Casualty Company shall answer or otherwise respond to the Complaint by August 20, 2008.

Dated:  July 17, 2008                    Respectfully submitted,

**FRANCES L. MICHAEL, Plaintiff**

By:_____/s/Glenn R. Kantor_____
         One of Her Attorneys
    Glenn R. Kantor (Bar No. 122643)
    Elizabeth K. Green (Bar No. 199634)
    Kantor & Kantor, LLP
    19839 Nordoff Street
    Northridge, CA  91324

**CONTINENTAL CASUALTY COMPANY, Defendant**

IT IS SO ORDERED:

By:_____/s/ Brent R. Austin_____
         One of Its Attorneys

_____
Edward M. Chen
U.S. Magistrate
Date: Ju



Brent R. Austin (Bar No. 141938)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606

Christopher Tayback (Bar No. 145532)
Shon Morgan (Bar No. 187736)
Quinn Emanuel Urquhart,
  Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

2

STIPULATION REGARDING
PLEADING RESPONSE DATE
[PROPOSED] ORDER THEREON

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

gkantor@kantorlaw.net
egreen@kantorlaw.net

and hereby certify that on July 17, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

_____/s/ Brent R. Austin_____