UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES L. MICHAEL, on Behalf of Herself and Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant(s). | No. C CV-08-3101 (EMC)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/19/08

Signature: [signature]

Counsel for Continental Casualty Co.
(Plaintiff, Defendant, or indicate "pro se")