1  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Brent R. Austin (Admitted *pro hac vice*)
2  austin@wildman.com
   Lisa S. Simmons (Admitted *pro hac vice*)
3  simmons@wildman.com
   225 West Wacker Drive
4  Chicago, Illinois 60606
   Telephone: (312) 201-2000
5
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6  Christopher Tayback (Bar No. 145532)
   christayback@quinnemanuel.com
7  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
9  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
10
   Attorneys for Continental Casualty Co.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15  FRANCES L. MICHAEL, on Behalf of Herself and Others Similarly Situated, | CASE NO. CV-08-3101 (EMC) |
| 16               Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 17       vs. | |
| 18  CONTINENTAL CASUALTY COMPANY, | |
| 19               Defendant. | |

20
21
22
23
24
25
26
27
28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Continental Casualty Company, which is a wholly-owned subsidiary of the Continental Corporation;

(2) CNA Financial Corporation, which wholly owns the Continental Corporation.

(3) The Loews Corporation, which owns more than 10% of the outstanding common stock of CNA Financial Corporation.

DATED: August 19, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Shon Morgan
Shon Morgan
Attorneys for CONTINENTAL CASUALTY COMPANY