WILDMAN, HARROLD, ALLEN & DIXON LLP
  Brent R. Austin (Admitted *pro hac vice*)
  austin@wildman.com
  Lisa S. Simmons (Admitted *pro hac vice*)
  simmons@wildman.com
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 201-2000

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Christopher Tayback (Bar No. 145532)
  christayback@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Continental Casualty Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES L. MICHAEL, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | CASE NO. CV-08-3101 (EMC)<br><br>DEFENDANT CONTINENTAL CASUALTY COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>Date: October 8, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen |

1          Defendant Continental Casualty Company ("Continental Casualty")
2 hereby requests that the Court take judicial notice, pursuant to Federal Rule of
3 Evidence 201, of the following court records, which are relevant to Continental
4 Casualty's concurrently filed motion to dismiss against plaintiff Frances L. Michael:
5        (1)    Amended Complaint filed on May 2, 2007, in the Superior Court
6 of California, County of San Mateo, Small Claims Division, in the matter entitled
7 <u>Frances L. Michael v. CNA Insurance Company</u>, Case No. SCC-105098, a true and
8 correct copy of which is attached hereto as Exhibit A.
9        (2)    Notice of Entry of Judgment, dated August 6, 2007, in the matter
10 entitled <u>Frances L. Michael v. CNA Insurance Company</u>, Case No. SCC-105098,
11 Superior Court of California, County of San Mateo, Small Claims Division, a true
12 and correct copy of which is attached hereto as Exhibit B.
13          In ruling on a motion to dismiss, the Court may consider any matters of
14 which it may take judicial notice. <u>See</u> <u>Barron v. Reich</u>, 13 F.3d 1370, 1377 (9th Cir.
15 1994). The documents listed above are proper subjects of judicial notice as court
16 records in related proceedings. <u>See</u> <u>In re Am. Cont'l Corp./Lincoln Sav. & Loan
17 Sec. Litig.</u>, 102 F.3d 1524, 1537 (9th Cir. 1996) ("[A]mple authority exists which
18 recognizes that matters of public record, including court records in related or
19 underlying cases which have a direct relation to the matters at issue, may be looked
20 to when ruling on a 12(b)(6) motion to dismiss."), <u>rev'd on other grounds sub nom.</u>,
21 <u>Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach</u>, 523 U.S. 26 (1997);
22 <u>United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.</u>, 971 F.2d
23 244, 248 (9th Cir. 1992) (holding that in ruling on a motion to dismiss a court "may
24 take notice of proceedings in other courts, both within and without the federal
25 judicial system, if those proceedings have a direct relation to matters at issue")
26 (internal quotation marks and citation omitted); <u>Del Puerto Water District v. U.S.</u>
27
28

Bureau of Reclamation, et al., 271 F. Supp. 2d 1224, 1233-34 (E.D. Cal. 2003) (citing several sources of public records, including proceedings in other courts).

DATED: August 20, 2008            WILDMAN HARROLD ALLEN & DIXON LLP

                                          By /s/ Brent R. Austin
                                             Brent R. Austin
                                             Attorneys for CONTINENTAL CASUALTY COMPANY

# EXHIBIT A

*Amended*

| SC-100 | Plaintiff's Claim and ORDER to Go to Small Claims Court |
|---|---|

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

*Original Document in Court File*

*Fill in court name and street address:*
**Superior Court of California, County of San Mateo**
Central Branch
800 N. Humboldt St.
San Mateo, CA 94401
650-573-2605

*Clerk fills in case number and case name:*
**Case Number:** SCC-105098
**Case Name:** FRANCES L. MICHAEL VS CNA INSURANCE COMPANY

**Order to Go to Court**

**COPY FOR SERVICE**

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department *see posted calendar* | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 06/28/07 | 1:30 PM | | |
| | 2. | | | |
| | 3. | | | |

Date: __May 04, 2007__    Clerk, by __R. YENKANNA_____, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)

SC-100, Page 1 of 5

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit A

| | Case Number: |
|---|---|
| Plaintiff *(list names):* frances l michael | SCC 105098 |

**① The Plaintiff (the person, business, or public entity that is suing) is:**
Name: frances l michael                                                            Phone: ( 650 ) 697-6088
Street address: 1184 millbrae ave          millbrae          CA          94030-2946
                            *Street*                          *City*            *State*            *Zip*
Mailing address *(if different):* _____
                                            *Street*            *City*            *State*            *Zip*

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____                                      Phone: (   )
Street address: _____
                            *Street*            *City*            *State*            *Zip*
Mailing address *(if different):* _____
                                            *Street*            *City*            *State*            *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**② The Defendant (the person, business, or public entity being sued) is:**    877-584-7945
Name: CNA INSURANCE COMPANY  c/o MARILYN TORTOLANO        Phone: ( 800 ) 262-1037
Street address: 675 PLACENTIA AV,          BREA,          CA   92821-6733
                            *Street*                          *City*            *State*            *Zip*
Mailing address *(if different):* _____
                                            *Street*            *City*            *State*            *Zip*

**If more than one Defendant, list next Defendant here:**
Name: _____                                      Phone: (   )
Street address: _____
                            *Street*            *City*            *State*            *Zip*
Mailing address *(if different):* _____
                                            *Street*            *City*            *State*            *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**③ The Plaintiff claims the Defendant owes $ 2,700.00** *(Explain below):*
  a. Why does the Defendant owe the Plaintiff money? DENIAL OF CLAIM

  b. When did this happen? *(Date):* _____
     If no specific date, give the time period: Date started: 01/02/2007          Through: 02/09/2007
  c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* DIRECT COST.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2007 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 2 of 5 →

Plaintiff *(list names):* frances l michael

| Case Number: |
|---|
| SCC 105098 |

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:
- a. ☐ (1) Where the Defendant lives or does business.    (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.         signed, performed, or broken by the Defendant *or*
    (3) Where the Plaintiff was injured.                    where the Defendant lived or did business when
                                                            the Defendant made the contract.
- b. ☑ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
- c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
- d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
- e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* _____

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No    *If yes, the filing fee for this case will be higher.*

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

✗ Date: 05/02/2007    frances michael            *Frances Michael*
                      ─────────────────────      **ELECTRONICALLY DELIVERED**
                      *Plaintiff types or prints name here*    *Plaintiff signs here*
  Date: ───────────                              ▶
                      ─────────────────────      ─────────────────────
                      *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8.)*

# SC-100 Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

### ? Need help?
Your county's Small Claims Advisor can help for free.

```
Workshops on Tuesdays from 5:00PM to 7:00PM
Sign-up in the Lobby at 4:00PM
Central Branch
800 No. Humboldt Street, San Mateo, CA 94401
```
Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

---

Revised January 1, 2007 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 4 of 5 →

## SC-100   Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?**
Pregúntele al secretario si la corte le puede dar un intérprete sin costo. Si no, lleve consigo a alguien– ya sea un pariente adulto o amigo– que pueda servirle de intérprete en la corte. O pide del secretario una lista de intérpretes. Es mejor que su intérprete no sea un testigo ni una persona que figure en este caso. (Los intérpretes en general cobran un honorario.)

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
*www.courtinfo.ca.gov/forms*

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (*por correo o en persona*) a *todas las partes*. (*Su carta a la corte tiene que decir que hizo la entrega.*)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

```
Workshops on Tuesdays from 5:00PM to 7:00PM
Sign-up in the Lobby at 4:00PM
Central Branch
800 No. Humboldt Street, San Mateo, CA 94401
```

O vea "Información por condado" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

# EXHIBIT B

SC-130

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION**

☐ SOUTHERN BRANCH
500 County Center
Redwood City, CA 94063
(650) 363-4303

☒ CENTRAL BRANCH
800 N. Humboldt St.
San Mateo, CA 94401
(650) 573-2605

☐ NORTHERN BRANCH
1050 Mission Road
So. San Francisco, CA 94080
(650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC 105098

**NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:**
Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights.

**AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:**
Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
FRANCES L MICHAEL
1184 MILLBRAE AVENUE
MILLBRAE CA 94030-2946

Telephone No.:

DEFENDANT/DEMANDADO *-(Name, street address, and telephone number of each):
CNA INSURANCE
C/O MARILYN TORTOLANO
675 PLACENTIA AV
BREA CA 92821-6733

Telephone No.:
CNA
C/O KEN PICARD
405 HOWARD STREET, SUITE 600
SAN FRANCISCO CA 94105

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

**NOTICE OF ENTRY OF JUDGMENT**

**DEFENDANTS COPY**

Judgment was entered as checked below on (date): 08/06/07

1. ☐ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $           principal and: $           costs on plaintiffs claim.
2. ☒ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $           principal and $           costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $           per (specify period):           , beginning on (date):
   and on the (specify day):           day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):

10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 08/06/07    JOHN C. FITTON, Court Executive Officer/Clerk by ___**R. YENKANNA**___, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

**NOTICE OF ENTRY OF JUDGMENT**
(Small Claims)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. July 1, 2007]

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

**Exhibit B**

SC-130

| INFORMATION AFTER JUDGMENT | INFORMACION DESPUES DEL FALLO DE LA CORTE |
|---|---|

Your small claims case has been decided. The **judgment** or decision of the court appears on the front of this sheet. The court may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor**. The person (or business) who lost the case and who owes the money is called the **judgment debtor.**

Enforcement of the judgment is postponed until the time for appeal ends or until the appeal is decided. This means that the judgment creditor cannot collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

**IF YOU LOST THE CASE . . .**

1. If you lost the case on your own claim and the court did not award you any money, the court's decision on your claim is **FINAL.** You may not appeal your own claim.
2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:
   - a. **PAY THE JUDGMENT**
     The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford.
     Ask the clerk for information about these procedures.
   - b. **APPEAL**
     If you disagree with the court's decision, you may appeal the decision *on the other party's claim*. You may not appeal the decision on your own claim. However, if any party appeals, there will be a new trial on *all* the claims. If you appeared at the trial, you *must* begin your appeal by filing a form called a *Notice of Appeal* (form SC-140) and pay the required fees within 30 *days* after the date this *Notice of Entry of Judgment* was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.
   - c. **VACATE OR CANCEL THE JUDGMENT**
     If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a *Motion to Vacate the Judgment* (form SC-135) and pay the required fee *within 30 days* after the date this *Notice of Entry of Judgment* was mailed. If your request is denied, you then have 10 *days* from the date the notice of denial was mailed to file an appeal. The period to file the *Motion to Vacate the Judgment is 180 days* if you were *not properly served* with the claim. The 180-day period begins on the date you found out or should have found out about the judgment against you.

**IF YOU WON THE CASE . . .**

1. If you were sued by the other party and you won the case, then the other party may not appeal the court's decision.
2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:
   - a. **COLLECTING FEES AND INTEREST**
     Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra costs can become part of your original judgment. To claim these fees, ask the clerk for a *Memorandum of Costs*.

b. **VOLUNTARY PAYMENT**
Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor to return the property to you. **THE COURT WILL NOT COLLECT THE MONEY OR ENFORCE THE JUDGMENT FOR YOU.**

c. **STATEMENT OF ASSETS**
If the judgment debtor does not pay the money, the law requires the debtor to fill out a form called the *Judgment Debtor's Statement of Assets* (form SC-133). This form will tell you what property the judgment debtor has that may be available to pay your claim. If the judgment debtor willfully fails to send you the completed form, you may file an *Application and Order to Produce Statement of Assets and to Appear for Examination* (form SC-134) and ask the court to give you your attorney's fees and expenses and other appropriate relief, after proper notice, under Code of Civil Procedure section 708.170.

d. **ORDER OF EXAMINATION**
You may also make the debtor come to court to answer questions about income and property. To do this, ask the clerk for an *Application and Order for Appearance and Examination (Enforcement of Judgment)* (form EJ-125) and pay the required fee. There is a fee if a law officer serves the order on the judgment debtor. You may also obtain the judgment debtors financial records. Ask the clerk for the *Small Claims Subpoena and Declaration* (form SC-107) or Civil *Subpoena Duces Tecum* (form SUBP-002).

e. **WRIT OF EXECUTION**
After you find out about the judgment debtor's property, you may ask the court for a *Writ of Execution* (form EJ-130) and pay the required fee. A writ of execution is a court paper that tells a law officer to take property of the judgment debtor to pay your claim. Here are some examples of the kinds of property the officer may be able to take: **wages, bank account, automobile, business property, or rental income.** For some kinds of property, you may need to file other forms. See the law officer for information.

f. **ABSTRACT OF JUDGMENT**
The judgment debtor may own land or a house or other buildings. You may want to put a lien on the property so that you will be paid if the property is sold. You can get a lien by filing an *Abstract of Judgment* (form EJ-001) with the county recorder in the county where the property is located. The recorder will charge a fee for the *Abstract of Judgment*

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you *must* fill out the form below and mail it to the court *immediately* or you may be fined. If an *Abstract of Judgment has* been recorded, you must use another form; see the clerk for the proper form.

SMALL CLAIMS CASE NO.:

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT *(Do not use this form if an Abstract of Judgment has been recorded.)*

**To the Clerk of the Court:**

I am the ☐ judgment creditor ☐ assignee of record.

I agree that the judgment in this action has been paid in full or otherwise satisfied.

Date:

▶

_____           _____
(TYPE OR PRINT NAME)                              (SIGNATURE)

SC-130 [Rev. July 1, 2007]                **NOTICE OF ENTRY OF JUDGMENT**                Page 2 of 2
                                          (Small Claims)