WILDMAN, HARROLD, ALLEN & DIXON LLP
  Brent R. Austin (Admitted *pro hac vice*)
  austin@wildman.com
  Lisa S. Simmons (Admitted *pro hac vice*)
  simmons@wildman.com
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 201-2000

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Christopher Tayback (Bar No. 145532)
  christayback@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Continental Casualty Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES L. MICHAEL, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | CASE NO. CV-08-3101 (EMC)<br><br>DEFENDANT CONTINENTAL CASUALTY COMPANY'S AMENDED NOTICE OF MOTION<br><br>Date: OCTOBER 23, 2008<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, on OCTOBER 23, 2008 at 8:00 a.m. or
3  as soon thereafter as the matter may be heard, defendant Continental Casualty
4  Company ("Continental Casualty") will and hereby does move the above-entitled
5  Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims in
6  plaintiff's Complaint with prejudice as a matter of law.  This motion is made on the
7  grounds that each of these purported claims fails to state a claim upon which relief
8  can be granted.

10 DATED:  August 22 2008          Wildman, Harrold, Allen & Dixon, LLP

12              By /s/ Brent R. Austin
                    Brent R. Austin
13                  Attorneys for CONTINENTAL
                    CASUALTY COMPANY