IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCES L MICHAEL, on behalf of herself and others similarly situated,

    Plaintiff,

  v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.
                                   /

No. C 08-03101 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for October 23, 2008, is hereby **CONTINUED** to **OCTOBER 30, 2008, AT 3:00 P.M.** The Court **DENIES** the parties' requests to attend the case management conference by telephone. Please file a case management statement no later than seven days prior. All initial deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: October 21, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE