1   Glenn R. Kantor, State Bar No. 122643
    e-mail: gkantor@kantorlaw.net
2   Elizabeth K. Green, State Bar No. 199634
    e-mail: egreen@kantorlaw.net
3   **KANTOR & KANTOR, LLP**
    19839 Nordhoff Street
4   Northridge, CA 91324
    (818) 886-2525 (Tel)
5   (818) 350-6272 (Fax)
    **Attorneys for Plaintiff**
6   **FRANCES L. MICHAEL**

7   Lisa S. Simmons (Admitted *pro hac vice*)
    e-mail: simmons@wildman.com
8   Tracy A. Hannan (Admitted *pro hac vice*)
    e-mail: hannan@wildman.com
9   Brent R. Austin (Admitted *pro hac vice*)
    e-mail: austin@wildman.com
10  **WILDMAN, HARROLD, ALLEN & DIXON LLP**
    225 West Wacker Drive
11  Chicago, IL 60606
    (312) 201-2000 (Tel)
12
    Christopher Tayback (Bar No. 145532)
13  e-mail: christayback@quinnemanuel.com
    Shon Morgan (Bar No. 187736)
14  e-mail: shonmorgan@quinnemanuel.com
    **QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP**
15  865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
16  (213) 443-3000 (Tel)
    (213) 443-3100 (Fax)
17  **Attorneys for Defendant,**
    **CONTINENTAL CASUALTY COMPANY**
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21  FRANCES L. MICHAEL, on behalf of herself )   CASE NO: CV 08-03101 WHA
    and others similarly situated,          )
22                                          )
                                            )
23          Plaintiffs,                     )   STIPULATION EXTENDING PLAINTIFF'S
                                            )   DATE TO FILE OPPOSITION BRIEFING TO
24      vs.                                 )   DEFENDANT'S MOTION TO DISMISS;
                                            )   ~~(PROPOSED)~~ ORDER
25  CONTINENTAL CASUALTY COMPANY,           )
                                            )   Current Hearing Date:   December 11, 2008
26          Defendant.                      )
                                            )
27  _____)

28
    _____
    STIPULATION EXTENDING PLAINTIFF'S DATE TO FILE OPPOSITION BRIEFING TO DEFENDANT'S MOTION
    TO DISMISS; (PROPOSED) ORDER                                        CV 08-03101 WHA

                                    1

1    Plaintiff, Frances Michael, and Defendant, Continental Casualty Company, by and through

2  their respective counsel, hereby stipulate that Plaintiff's Opposition brief to Defendant's Motion to

3  Dismiss shall be filed no later than November 26, 2008, and Defendant's Reply brief shall be filed

4  no later than December 8, 2008.   It is further stipulated that if the extended briefing schedule results

5  in the Court having less time to consider the papers in advance of the oral argument, that the Court

6  continue the hearing on the matter to a date convenient to the Court.

7    Good Cause exists for the continuance as follows:

8    Elizabeth Green, primary counsel for Plaintiff, is six (6) months pregnant, and has the flu,

9  and has been ordered to bed rest for a week.  As she is the counsel responsible for the handling of

10  this matter for Plaintiff, and has drafted all pleadings to date, it is appropriate that she draft the

11  Opposition brief on behalf of Plaintiff.  Due to her illness, Plaintiff requests that the date for filing

12  her Opposition brief be continued from November 20, 2008 to  November 26, 2008, and the

13  Defendant's Reply brief be filed no later than December 8, 2008.

14    Defense Counsel has graciously agreed to the extended dates for the filing of the Opposition

15  and Reply briefs.

16    It is so stipulated.

17

18  DATED:    November 19, 2008              KANTOR & KANTOR LLP

19

20                    By: *s/ Glenn R. Kantor*
                     GLENN R. KANTOR
21                    ATTORNEYS FOR PLAINTIFF
                     FRANCES L. MICHAEL
22

23  DATED:    November 19, 2008              WILDMAN, HARROLD, ALLEN & DIXON

24

25                    By: *s/ Lisa S. Simmons*
                     LISA S. SIMMONS
26                    ATTORNEYS FOR DEFENDANTS
                     CONTINENTAL CASUALTY COMPANY
27

28
STIPULATION EXTENDING PLAINTIFF'S DATE TO FILE OPPOSITION BRIEFING TO DEFENDANT'S MOTION
TO DISMISS; (PROPOSED) ORDER                                    CV 08-03101 WHA

2

1

2      **IT IS HEREBY ORDERED** that Plaintiff's Opposition brief to Defendant's pending

3 Motion to Dismiss be filed no later than November 26, 2008, and Defendant's Reply brief be filed

4 no later than December 8, 2008. ~~The hearing on the Motion shall remain as scheduled.~~

5 ~~(Alternatively)~~ The hearing on the Motion shall be continued until December 18, 2008   .

6

7 DATED: November 20, 2008

8 WILLIAM H. ALSUP
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING PLAINTIFF'S DATE TO FILE OPPOSITION BRIEFING TO DEFENDANT'S MOTION
TO DISMISS; (PROPOSED) ORDER                                      CV 08-03101 WHA