WILDMAN, HARROLD, ALLEN & DIXON LLP
Brent R. Austin (Admitted *pro hac vice*)
austin@wildman.com
Lisa S. Simmons (Admitted *pro hac vice*)
simmons@wildman.com
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 201-2000

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Christopher Tayback (Bar No. 145532)
christayback@quinnemanuel.com
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Continental Casualty Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES L. MICHAEL, Plaintiffs<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | CASE NO. CV-08-03101 (WHA)<br><br>STIPULATION TO EXTEND DEADLINE FOR MEDIATION; (PROPOSED) ORDER |

-1-
Case No. CV-08-3101 (EMC)
STIPULATION TO EXTEND DEADLINE FOR MEDIATION; PROPOSED ORDER

Plaintiff, Frances L. Michael, and Defendant, Continental Casualty Company, by and through their respective counsel, hereby stipulate to an extension of the mediation deadline. On October 30, 2008, the Court ordered that the parties complete private mediation of this dispute by March 2, 2009. (<u>See</u> Dkt Entry 10/30/08.) Since entry of hat Order, the parties have agreed that Mark Rudy will mediate this dispute in San Francisco, California. Due to the schedule of Mr. Rudy and the parties, however, the earliest date the mediation could be scheduled, accommodating the necessary participants' schedules, was April 28, 2009. The parties therefore stipulate that the deadline for mediation will be extended until May 1, 2009 to enable the mediation to be conducted by Mr. Rudy. The parties agree that no other deadlines will be modified as a result of this extension.

It is so stipulated.

DATED: February 10, 2009     Wildman, Harrold, Allen & Dixon, LLP
                             By:

                                 /s Lisa S. Simmons
                             ───────────────────────
                             Lisa S. Simmons (Admitted *pro hac vice*)
                             WILDMAN, HARROLD, ALLEN &
                             DIXON LLP
                             225 West Wacker Drive
                             Chicago, Illinois 60606
                             Attorneys for CONTINENTAL
                             CASUALTY COMPANY

                             Kantor & Kantor, LLP
                             By:

                                 /s Glenn R. Kantor
                             ───────────────────────
                             Glenn R. Kantor
                             KANTOR & KANTOR, LLP
                             19839 Nordhoff Street
                             Northridge, California 91324
                             Attorneys for PLAINTIFFS

**IT IS HEREBY ORDERED** that the parties shall complete private mediation by May 1, 2009.

DATED: February 11, 2009

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
United States District Judge