Glenn R. Kantor, State Bar No. 122643
 e-mail: gkantor@kantorlaw.nett
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)

Attorneys for Plaintiff
FRANCES L. MICHAEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES L. MICHAEL, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | CASE NO: CV 08-03101 WHA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED, by and between Plaintiff Frances L. Michael and Defendant Continental Casualty Company, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: June 11, 2009        KANTOR & KANTOR LLP

                By: /S/ Glenn R. Kantor

                GLENN R. KANTOR
                ATTORNEYS FOR PLAINTIFF
                FRANCES L. MICHAEL

DATED: June 11, 2009        WILDMAN, HARROLD, ALLEN & DIXON

                By: /S/ Lisa S. Simmons

                LISA S. SIMMONS
                ATTORNEYS FOR DEFENDANTS
                CONTINENTAL CASUALTY COMPANY

**IT IS HEREBY ORDERED THAT:**

The above entitled action is dismissed, in its entirety, with prejudice.

DATED: June 12, 2009

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup (signed, seal of United States District Court, Northern District of California)*